UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   Case No. 12-cv-03577-PKC-JO
ROSEMARY RADICCHI,

           Plaintiff,       STIPULATION OF
     -against-            VOLUNTARY DISMISSAL


NCO FINANCIAL SYSTEMS, INC. and
T D BANK, N.A.,

           Defendants.
-------------------------------------------------------------------------X

  The Parties, by and through their attorneys, hereby consent to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs or fees.

Dated: September 3, 2013.

                Dated:  Brooklyn, New York
                        _____2013.


                SO ORDERED:



                _____
                HON. PAMELA K. CHEN, U.S.D.J.


*/s/  Novlette R. Kidd*        */s/  Aaron R. Easley*
NOVLETTE R. KIDD, ESQ.      AARON R. EASLEY, ESQ.
FAGENSON & PUGLISI       SESSIONS FISHMAN NATHAN &
Attorneys for Plaintiff        ISRAEL, LLC.
450 Seventh Avenue, Suite 704    Attorneys for NCO
New York, New York 10123     3 Cross Creek Drive
Tel.:(212)268-2128         Flemington, New Jersey 08822
Fax:(212)268-2127         Tel.:(908)237-1660
Nkidd@fagensonpuglisi.com     Fax:(908)237-1663
                    Aeasley@sessions-law.biz

*/s/  Michael E. Sims*
MICHAEL E. SIMS, ESQ.
ZEICHNER ELLMAN &
KRAUSE, LLP.
Attorneys for TD Bank
1211 Avenue of the Americas
New York, New York 10036
Tel.: (212)826-5328
Fax: (212)753-0396
Msims@zeklaw.com